SONIA BERMAN v. BOARD OF REVIEW.

May 28, 1980.

Petition for certification denied.

STATE IN THE INTEREST OF K. M.

May 28, 1980.

Petition for certification denied.

JOHN J. NIFOSI v. BOROUGH OF HOPATCONG.

May 28, 1980.

Petition for certification denied.